[No. 18381-8-I. Division One. November 9, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL GRAYSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-04278-2, David C. Hunter, J., entered

April 25, 1986. *Affirmed* by unpublished per curiam opinion.